AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



| United States of America | ) | |
| v. | ) | Case No.   1:21-cr-271 |
| MOHAMMED KHALIFA | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   12 / 10 / 2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Cary Citronberg
*Printed name of defendant's attorney*

_____  12/10/20
*Judge's signature*

Hon. T. S. Ellis, III, United States District Judge
*Judge's printed name and title*