# EXHIBIT A

*Flames of War I* **September 14, 2014**
**Khalifa Murder Scene (3:34)**

**United States v. Mohammed Khalifa**
**1:21-CR-271-TSE**

**Government's Memorandum in Aid of Sentencing**
**Filed July 22, 2022**