# EXHIBIT B

***Flames of War II* November 29, 2017**
**Khalifa Murder Scene (2:41)**


**United States v. Mohammed Khalifa**
**1:21-CR-271-TSE**

**Government's Memorandum in Aid of Sentencing**
**Filed July 22, 2022**