**SENTENCING MINUTES**

Date: 07/29/2022

Judge:     **T.S. ELLIS III**
Reporter:  R. Stonestreet
Time:      01:44 p.m. – 02:58 p.m.
           03:24 p.m. – 03:44 p.m.
           ( 01:34 )
Case Number:  1:21-cr-00271-TSE-1

UNITED STATES OF AMERICA

Counsel/Govt:  Raj Parekh, Dennis Fitzpatrick
               Alicia Cook

v.

**MOHAMMED KHALIFA**

Counsel/Deft:  Edward Ungvarsky, Cary Citronberg

- Gov't request a life term sentence.
- Defense request corrections made to page 3 as it pertains to age, race; page 13, para. 57 as it pertains to the relationship with his family members; page 14, para. 63 and 65 to reflect his recent diagnosis and medication - GRANTED with no objection from the gov't.  Defense request a sentence of 20 years imprisonment.

- Court adopts PSR with exceptions directing the PO to revise the PSR to reflect the corrections the defense outlined in open court.

**SENTENCING GUIDELINES:**
Offense Level:  43
Criminal History:  VI
Imprisonment Range:  Life
Supervised Release Range:  2 years to Life
Fine Range: $50,000 to $250,000
Special Assessment $100

**JUDGMENT OF THE COURT:**
- BOP for LIFE

- Supervised Release for 20 Years, with special conditions:    ( X ) Yes    (    ) No

- Special Assessment $100

- Defendant advised he may have the right to appeal.

**RECOMMENDATIONS to BOP:**
_____    Dft. To be designated to: _____
_____    Dft. designated to facility to participate in ICC (Boot Camp) type program
_____    Dft. to participate in the Residential Drug Abuse Treatment Program (RDAP)
_____    Other:_____

Deft: ( X ) Remanded    (    ) Cont'd on Bond to Self-Surrender    (    ) Referred to USPO    (    ) Immediate Deportation